**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
   jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KRIKORIAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br> v.<br><br>SIMPLISAFE, INC.,<br><br>         Defendant. | Case No. 2:23-cv-00433-JAM-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**<br><br>Hon. John A. Mendez |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:23-CV-00433-JAM-KJN

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Gregory Krikorian ("Plaintiff"), by and through his undersigned counsel of record, hereby voluntarily dismisses his claims against Defendant SimpliSafe, Inc. ("Defendant" or "SimpliSafe"), with prejudice as to Plaintiff's individual claims and without prejudice as to all putative class members.  Each party shall bear its own costs and attorneys' fees.

Dated:  August 8, 2023                              Respectfully submitted,

                                                                    By:    /s/ Neal J. Deckant
                                                                                Neal J. Deckant

                                                                    **BURSOR & FISHER, P.A.**
                                                                    Neal J. Deckant (State Bar No. 322946)
                                                                    Julia K. Venditti (State Bar No. 332688)
                                                                    1990 North California Blvd., Suite 940
                                                                    Walnut Creek, CA 94596
                                                                    Telephone: (925) 300-4455
                                                                    Facsimile:  (925) 407-2700
                                                                    Email: ndeckant@bursor.com
                                                                              jvenditti@bursor.com

                                                                    **BURSOR & FISHER, P.A.**
                                                                    Frederick J. Klorczyk III (State Bar No. 320783)
                                                                    1330 Avenue of the Americas, 32nd Floor
                                                                    New York, NY 10019
                                                                    Telephone: (646) 837-7150
                                                                    Facsimile: (212) 989-9163
                                                                    Email: fklorczyk@bursor.com

                                                                    *Attorneys for Plaintiff*